**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **HYPERQUERY, LLC,**<br>　　**Plaintiff,** | **Civil Action No. 6:23-cv-00210-DAE** |
| **v.** | |
| **ZTE CORPORATION,**<br>　　**Defendant** | **JURY TRIAL DEMANDED** |

**CORRECTED NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, HyperQuery, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as Defendant has not answered or filed a motion for summary judgment.  The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patents.  Each party shall bear its own costs, expenses and attorneys' fees.

 Dated:  September 29, 2023

<div style="margin-left:50%;">

Respectfully submitted,

*/s/ William P. Ramey, III*

William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

***Attorneys for HyperQuery, LLC***

</div>

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that September 29, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III