IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **HYPERQUERY, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**ZTE CORPORATION,**<br>    Defendant | Civil Action No. 6:23-cv-00210-DAE<br><br><br><br>JURY TRIAL DEMANDED |

**AMENDED NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, HyperQuery, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims, or claims that Plaintiff could have raised, as Defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patents. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: October 13, 2023

                                                Respectfully submitted,

                                                */s/ William P. Ramey, III*
                                                William P. Ramey, III
                                                Texas Bar No. 24027643
                                                **Ramey LLP**
                                                5020 Montrose Blvd., Suite 800
                                                Houston, Texas 77006
                                                (713) 426-3923
                                                wramey@rameyfirm.com

                                                ***Attorneys for HyperQuery, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that October 13, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III
